# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Joseph E. Collopy | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11342-jkf |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated March 3, 2020 and March 19, 2020 and this case be and the same is hereby DISMISSED.

April 6, 2020

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C-1 and 122C-2