United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-11342-jkf
Joseph E Collopy                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1              Date Rcvd: Apr 07, 2020
                             Form ID: pdf900          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2020.
db            +Joseph E Collopy,   1940 South Broad Street,   Lansdale, PA 19446-5548
14477022      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
14477023      +Andre Agard,   1850 Carriage Way,   Warrington, PA 18976-2122
14477024      +Angelo Nori,   4 West Hampton Road,   Philadelphia, PA 19118-3611
14477025      +Bruce & Cheryl Reid,   Reid Family Trust,   3335 Hyder Avenue SE,   Albuquerque, NM 87106-1524
14477028      +Gabriel Miller,   7007 Lincoln Drive,   Philadelphia, PA 19119-3021
14491695      +MIDFIRST BANK,   CO Rebecca A. Solarz Esquire,   KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14477029      +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
               Oklahoma City, OK 73126-0648
14477030      +Nathan Carr- Whealey Esquire,   Brookwood Professional Building,   2 Cowpath Road,
               Lansdale, PA 19446-1227
14477031      +Pritam Patel,   611 Collins Avenue,   Lansdale, PA 19446-5657
14477032      +Saul Ewing Arnstein & Lehr,   1201 North Market Street,   Suite 2300,
               Wilmington, DE 19801-1165
14477034      +Wells Fargo Bank NA,   Attn: Bankruptcy,   1 Home Campus Mac X2303-01a,
               Des Moines, IA 50328-0001
14477035      +William McLauglin,   523 W Mount Pleasant Avenue,   Philadelphia, PA 19119-2930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 08 2020 04:55:36     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 08 2020 04:55:12
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 08 2020 04:55:33     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14480585       E-mail/Text: mrdiscen@discover.com Apr 08 2020 04:54:57     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14477027      +E-mail/Text: mrdiscen@discover.com Apr 08 2020 04:54:57     Discover Financial,
               Attn: Bankruptcy,   Po Box 3025,   New Albany, OH 43054-3025
14477026       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 08 2020 04:59:04     Chase Card Services,
               Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
                                                                                TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14477033       Shona Cole
                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2020 at the address(es) listed below:
          GEORGE R. TADROSS    on behalf of Debtor Joseph E Collopy gtadross@tadrosslaw.com,
           r55386@notify.bestcase.com;robin@tadrosslaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re                                           :            Chapter 13

                                                :

Joseph E. Collopy

                                                :

            Debtor                 :            Bankruptcy No. 20-11342-jkf

ORDER

            AND NOW, it is ORDERED that since the debtor(s) have failed to timely

file the documents required by the orders dated March 3, 2020 and March 19, 2020 and

this case be and the same is hereby DISMISSED.

            April 6, 2020

                                                    _____
                                                    Jean K. FitzSimon
                                                    United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income and
      Calculation of Commitment Period Form 122C-1 and 122C-2